AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Newman, Jon O. | U.S.C.A., Second Circuit | 6/4/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Corporator | Hartford Hospital |
| 2. | Corporator | Institute of Living |
| 3. | Elector | Hartford Atheneum |
| 4. | Life Regent | University of Hartford |
| 5. | Board Member | Connecticut Appleseed Foundation |
| 6. | Chair | Friends of the Library of the Supreme Court of Israel, Inc. |
| 7. | Trustee | No. 1 ___ Trust |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 6/4/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 6/4/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 6/4/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK ACCOUNTS AND CASH: | | | | | | | | | |
| 2. Bank of America -- West Htfd. CT., Checking Acct. | A | Interest | K | T | | | | | |
| 3. Smith Barney, New Haven, CT., Money Market Acct. | A | Interest | J | T | | | | | |
| 4. People's Bank | A | Interest | J | T | | | | | |
| 5. Sovereign Bank | A | Interest | K | T | | | | | |
| 6. Wells Fargo Bank | A | Interest | J | T | | | | | |
| 7. BONDS: | | | | | | | | | |
| 8. Houma La. Transit '11 | C | Interest | | | Matured | 4/1/11 | K | | |
| 9. Lafayette La. Transit '11 | B | Interest | | | Matured | 4/1/11 | K | | |
| 10. W. Monroe La. '11 | A | Interest | | | Matured | 4/1/11 | K | | |
| 11. Conn. Health 4.9 '13 | B | Interest | K | T | | | | | |
| 12. Meriden '11 3.75 | B | Interest | | | Matured | 8/15/11 | K | | |
| 13. CT Tax '12 4.3 | A | Interest | J | T | | | | | |
| 14. Seymour CT '13 3.5 | A | Interest | | | Redeemed | 8/15/11 | K | | |
| 15. Brookfield CT '14 3.5 | B | Interest | | | Redeemed | 8/1/11 | L | | |
| 16. CT Spl. Tax '12 5.5 | B | Interest | K | T | | | | | |
| 17. Groton '12 4.0 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 6/4/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CT '13 4.25 | B | Interest | L | T | | | | | |
| 19. Puerto Rico '14 5.25 | C | Interest | K | T | | | | | |
| 20. Bridgeport '11 4.25 | B | Interest | | | Matured | 8/15/11 | K | | |
| 21. Bridgeport '12 5.0 | B | Interest | L | T | | | | | |
| 22. CT G.0. '13 5.0 | B | Interest | L | T | | | | | |
| 23. Hartford Cty. '13 3.25 | C | Interest | M | T | | | | | |
| 24. Fairfield '15 4.25 | B | Interest | L | T | | | | | |
| 25. Bridgeport '13 5.0 | B | Interest | L | T | | | | | |
| 26. CT G.0. '13 5.375 | C | Interest | M | T | | | | | |
| 27. CT G.0. '14 5.0 | C | Interest | M | T | | | | | |
| 28. Glastonbury '13 4.25 | B | Interest | L | T | | | | | |
| 29. CT G.0. '20 5.0 | C | Interest | | | Redeemed | 11/15/11 | L | | |
| 30. UConn '11 3.2 | A | Interest | | | Matured | 2/15/11 | J | | |
| 31. CT RFDG, '16 5.0 | C | Interest | M | T | | | | | |
| 32. CT Spl. Tax '15 2.75 | B | Interest | M | T | | | | | |
| 33. CT Health '16 5.0 | C | Interest | M | T | | | | | |
| 34. New Haven '12 4.0 | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 6/4/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  CT Health '15 3.4 | A | Interest | L | T | | | | | |
| 36.  Hartford '15 5.25 | C | Interest | L | T | | | | | |
| 37.  North Branford '16 3.75 | C | Interest | L | T | | | | | |
| 38.  CT G.0 '16 4.0 | B | Interest | L | T | | | | | |
| 39.  Norwch '13 4.375 | B | Interest | L | T | | | | | |
| 40.  UConn. '16 5.0 | B | Interest | L | T | | | | | |
| 41.  Darien '14 2.0 | A | Interest | L | T | | | | | |
| 42.  Brookfield '14 3.5 | B | Interest | L | T | | | | | |
| 43.  Stratford '13 3.25 | A | Interest | L | T | | | | | |
| 44.  CT Hsg. Fin. '12 0.9 | A | Interest | L | T | | | | | |
| 45.  UConn '12 3.0 | B | Interest | M | T | | | | | |
| 46.  Shelton '17 2.125 | B | Interest | K | T | | | | | |
| 47.  CT G.0 '16 5.0 | C | Interest | L | T | | | | | |
| 48.  CT Ser. C '16 5.0 | B | Interest | L | T | | | | | |
| 49.  Danbury '19 2.5 | B | Interest | L | T | | | | | |
| 50.  Bay County, FL '19 4.25 | | None | M | T | Buy | 12/5/11 | M | | |
| 51.  Florida Turnpike '14 5.0 | | None | L | T | Buy | 12/5/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 6/4/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Babylon, NY '13 5.0 | | None | L | T | Buy | 12/22/11 | L | | |
| 53. NY Hsg. '18 2.25 | | None | L | T | Buy | 12/22/11 | L | | |
| 54. STOCKS: | | | | | | | | | |
| 55. Royal Dutch Petroleum | D | Dividend | M | T | Sold (part) | 5/3/11 | L | E | |
| 56. Air Products | C | Dividend | M | T | Sold (part) | 2/24/11 | L | E | |
| 57. Johnson Contr. | C | Dividend | M | T | Sold (part) | 2/24/11 | M | G | |
| 58. Merck | D | Dividend | M | T | | | | | |
| 59. Cummings Engine | B | Dividend | N | T | Sold (part) | 5/3/11 | M | F | |
| 60. Minn. Mining | B | Dividend | L | T | | | | | |
| 61. Johnson & Johnson | C | Dividend | L | T | | | | | |
| 62. Microsoft | B | Dividend | L | T | | | | | |
| 63. Cisco | A | Dividend | L | T | | | | | |
| 64. Total Fina | D | Dividend | M | T | | | | | |
| 65. Devon Energy | A | Dividend | L | T | | | | | |
| 66. FNMA | | None | | | Sold | 10/31/11 | J | | |
| 67. Medco | | None | M | T | | | | | |
| 68. Calamos Fund | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 6/4/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Henderson Fund | A | Dividend | K | T | | | | | |
| 70. Jennison Fund | | None | K | T | | | | | |
| 71. Dreyfus Fund | | None | K | T | | | | | |
| 72. Mainstay Fund | | None | K | T | | | | | |
| 73. Fed Max Cap Fund | A | Dividend | K | T | | | | | |
| 74. Schwab 1000 Fund | A | Dividend | K | T | | | | | |
| 75. OTHER: | | | | | | | | | |
| 76. 1/2 W. Htfd., CT., Condo purchased 8/9/88 $115,000 | | None | L | R | | | | | |
| 77. Thames & Hudson Royalty Contract | A | Royalty | J | W | | | | | |
| 78. Condo, University Park, FL purchased 4/9/99, $179,000 (Y) | | | | | | | | | |
| 79. AIG Annuity (IRA) | B | Interest | K | T | | | | | |
| 80. AIG Annuity (IRA) | A | Interest | J | T | | | | | |
| 81. TRUST # 1 | E | Int./Div. | P1 | T | | | | | |
| 82. - Dupont | | | | | | | | | |
| 83. - Exxon Mobil | | | | | | | | | |
| 84. - G.E. | | | | | | | | | |
| 85. - Norfolk Southern | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 6/4/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  - M & T Bank | | | | | | | | | |
| 87.  - Pfizer | | | | | | | | | |
| 88.  - Insteel | | | | | | | | | |
| 89.  - Alexander and Baldwin | | | | | | | | | |
| 90.  - Corning | | | | | | | | | |
| 91.  - Honeywell | | | | | | | | | |
| 92.  - Lucent | | | | | Sold | 9/28/11 | J | | |
| 93.  - Pitney Bowes | | | | | | | | | |
| 94.  - Philips | | | | | | | | | |
| 95.  - Tyco Int'l. | | | | | | | | | |
| 96.  - Hartford Cty. '12 3.125 | | | | | | | | | |
| 97.  - New Caanan '13 3.75 | | | | | | | | | |
| 98.  - CT New Money '11 3.625 | | | | | Matured | 11/15/11 | K | | |
| 99.  - Newtown '15 3.5 | | | | | | | | | |
| 100.  - Ledyard '13 5.0 | | | | | | | | | |
| 101.  - New Haven '20 5.0 | | | | | | | | | |
| 102.  - Covidien | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Tyco | | | | | | | | | |
| 104.  - CT Hlth & Ed. '27 5.125 | | | | | Redeemed | 3/15/11 | K | A | |
| 105.  - CT Spl. Tax '20 3.9 | | | | | | | | | |
| 106.  - SmithBarney Bank Deposit Program | | | | | | | | | |
| 107.  - NY Prior Issues '17 5.0 | | | | | Buy | 12/21/11 | L | | |
| 108.  - Niskayuna NY '15 5.0 | | | | | Buy | 12/21/11 | L | | |
| 109.    TRUST # 2 | G | Int./Div. | P1 | T | | | | | |
| 110.  - Home Depot | | | | | | | | | |
| 111.  - McDonald's | | | | | Buy (add'l) | 5/11/11 | J | | |
| 112.  - McDonalds | | | | | Sold (part) | 12/21/11 | J | A | |
| 113.  - General Mills | | | | | | | | | |
| 114.  - Pepsico | | | | | Sold | 4/25/11 | K | D | |
| 115.  - Pepsico | | | | | Buy | 5/11/11 | J | | |
| 116.  - Procter & Gamble | | | | | Buy (add'l) | 5/11/11 | J | | |
| 117.  - Sara Lee | | | | | | | | | |
| 118.  - American Express | | | | | Buy (add'l) | 5/11/11 | J | | |
| 119.  - Plum Creek Timber | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 6/4/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Transatlantic Holdings | | | | | Sold | 4/25/11 | K | E | |
| 121.  - St. Paul Travelers | | | | | | | | | |
| 122.  - Baxter International | | | | | | | | | |
| 123.  - Cigna | | | | | | | | | |
| 124.  - Edwards Lifescience | | | | | | | | | |
| 125.  - Medco Health Solutions | | | | | | | | | |
| 126.  - TEVA Pharmaceutical | | | | | Sold | 4/25/11 | K | A | |
| 127.  - Dover | | | | | Sold | 4/25/11 | M | G | |
| 128.  - Emerson Electric | | | | | | | | | |
| 129.  - Minnesota Mining | | | | | | | | | |
| 130.  - Agilent | | | | | | | | | |
| 131.  - Automatic Data | | | | | Buy (add'l) | 5/11/11 | J | | |
| 132.  - Intel | | | | | | | | | |
| 133.  - Microsoft | | | | | Buy (add'l) | 5/1/11 | J | | |
| 134.  - Microsoft | | | | | Sold | 5/23/11 | J | | |
| 135.  - RPM Int'l | | | | | | | | | |
| 136.  - Dominion Resources | | | | | Sold (part) | 4/25/11 | M | G | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 6/4/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - Simsbury CT '11 3.75 | | | | | Matured | 1/18/11 | K | | |
| 138.  - Glastonbury CT '11 3.75 | | | | | Matured | 6/15/11 | K | A | |
| 139.  - Ledyard CT '11 3.5 | | | | | Matured | 8/1/11 | L | | |
| 140.  - Waterbury CT '11 4.0 | | | | | Matured | 8/1/11 | K | | |
| 141.  - Stonington CT '11 4.0 | | | | | Matured | 10/3/11 | K | | |
| 142.  - Bristol CT '11 3.0 | | | | | Matured | 10/17/11 | K | A | |
| 143.  - Wethersfield CT '12 3.1 | | | | | | | | | |
| 144.  - CT State '12 4.0 | | | | | | | | | |
| 145.  - Regional School 12 3.65 | | | | | Redeemed | 7/18/11 | K | | |
| 146.  - Easton CT '12 3.5 | | | | | Redeemed | 11/1/11 | K | A | |
| 147.  - CT State '13 3.5 | | | | | | | | | |
| 148.  - CT State '13 4.0 | | | | | | | | | |
| 149.  - Regional School 13 3.75 | | | | | Redeemed | 7/15/11 | K | | |
| 150.  - Tolland CT '13 4.0 | | | | | | | | | |
| 151.  - University CT '14 3.7 | | | | | | | | | |
| 152.  - CT State '14 4.0 | | | | | | | | | |
| 153.  - Glastonbury '14 3.75 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 6/4/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - CT State '14 4.0 | | | | | | | | | |
| 155. - South Central Water '15 4.0 | | | | | | | | | |
| 156. - Groton CT '15 3.75 | | | | | | | | | |
| 157. - CT State '15 3.5 | | | | | | | | | |
| 158. - Becton | | | | | Buy (add'l) | 5/11/11 | J | | |
| 159. - T. Rowe Price | | | | | | | | | |
| 160. - CT HSG. FIN. '16 3.9 | | | | | | | | | |
| 161. - CT Health '15 3.5 | | | | | | | | | |
| 162. - CT Health '17 3.5 | | | | | | | | | |
| 163. - Hartford County '18 3.5 | | | | | | | | | |
| 164. - Watertown CT '17 4.0 | | | | | | | | | |
| 165. - Dentsply | | | | | Sold | 4/25/11 | L | D | |
| 166. - CT Elec. '16 4.0 | | | | | | | | | |
| 167. - CT '14 3.3 | | | | | | | | | |
| 168. - IBM | | | | | | | | | |
| 169. - Southington CT '18 3.5 | | | | | | | | | |
| 170. - Plymouth CT '17 3.0 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 6/4/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Pfizer | | | | | Sold | 4/25/11 | J | B | |
| 172. - Bethel CT '17 3.0 | | | | | | | | | |
| 173. - Guilford CT '18 3.0 | | | | | | | | | |
| 174. - People's United Fin. | | | | | | | | | |
| 175. - Newton CT '16 2.25 | | | | | | | | | |
| 176. - Adobe | | | | | | | | | |
| 177. - SmithBarney Bank Deposit Program | | | | | | | | | |
| 178. - NY Dorm. '17 5.0 | | | | | Buy | 12/19/11 | L | | |
| 179. - Abbott Labs | | | | | Buy | 5/10/11 | J | | |
| 180. - Abbott Labs | | | | | Sold (part) | 7/7/11 | J | A | |
| 181. - Air Products | | | | | Buy | 5/11/11 | J | | |
| 182. - Altria | | | | | Buy | 5/11/11 | J | | |
| 183. - Altria | | | | | Sold | 7/5/11 | J | | |
| 184. - Apache | | | | | Buy | 7/7/11 | J | | |
| 185. - Apple | | | | | Buy | 5/11/11 | J | | |
| 186. - Arcos Dorados | | | | | Buy | 5/23/11 | J | | |
| 187. - Blackrock | | | | | Buy | 9/1/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 6/4/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Caterpiller | | | | | Buy | 5/11/11 | J | | |
| 189. - Chevron | | | | | Buy | 5/11/11 | J | | |
| 190. - Cisco | | | | | Buy | 5/11/11 | J | | |
| 191. - Cisco | | | | | Sold (part) | 5/23/11 | J | | |
| 192. - Coca-cola | | | | | Buy | 5/11/11 | J | | |
| 193. - Coca-cola | | | | | Sold (part) | 12/21/11 | J | A | |
| 194. - Conoco | | | | | Buy | 5/11/11 | J | | |
| 195. - Disney | | | | | Buy | 5/11/11 | J | | |
| 196. - Exxon | | | | | Buy | 5/11/11 | J | | |
| 197. - Franklin Resources | | | | | Buy | 5/11/11 | J | | |
| 198. - Freeport McMoran | | | | | Buy | 5/11/11 | J | | |
| 199. - General Dynamics | | | | | Buy | 5/11/11 | J | | |
| 200. - General Electric | | | | | Buy | 5/11/11 | J | | |
| 201. - Green Mt. Coffee | | | | | Buy | 11/7/11 | J | | |
| 202. - HSBC | | | | | Buy | 5/11/11 | J | | |
| 203. - Intel | | | | | Buy | 5/11/11 | J | | |
| 204. - IBM | | | | | Buy | 5/11/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Intuitive Surgical | | | | | Buy | 5/11/11 | J | | |
| 206. - JP Morgan Chase | | | | | Buy | 5/11/11 | J | | |
| 207. - Johnson & Johnson | | | | | Buy | 5/11/11 | J | | |
| 208. - Johnson & Johnson | | | | | Sold (part) | 7/7/11 | J | A | |
| 209. - Kraft | | | | | Buy | 5/11/11 | J | | |
| 210. - Kraft | | | | | Sold (part) | 12/21/11 | J | A | |
| 211. - Estee Lauder | | | | | Buy | 5/11/11 | J | | |
| 212. - McDonalds | | | | | Buy | 5/11/11 | J | | |
| 213. - McDonalds | | | | | Sold (part) | 12/21/11 | J | A | |
| 214. - McGraw Hill | | | | | Buy | 5/11/11 | J | | |
| 215. - Medtronic | | | | | Buy | 5/11/11 | J | | |
| 216. - Merck | | | | | Buy | 5/1/11 | J | | |
| 217. - Microchip | | | | | Buy | 5/11/11 | J | | |
| 218. - Microchip | | | | | Sold | 9/1/11 | J | | |
| 219. - Nestle | | | | | Buy | 5/11/11 | J | | |
| 220. - News Corp. | | | | | Buy | 5/11/11 | J | | |
| 221. - News Corp. | | | | | Sold (part) | 9/1/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Novo-Nordisk | | | | | Buy | 5/11/11 | J | | |
| 223. - Occidental Petroleum | | | | | Buy | 5/11/11 | J | | |
| 224. - Phillip Morris | | | | | Buy | 5/1/11 | J | | |
| 225. - Phillip Morris | | | | | Sold (part) | 12/21/11 | J | A | |
| 226. - Praxair | | | | | Buy | 5/11/11 | J | | |
| 227. - Prudential Fin. | | | | | Buy | 5/11/11 | J | | |
| 228. - Prudential Fin. | | | | | Sold (part) | 9/1/11 | J | | |
| 229. - Qualcomm | | | | | Buy | 5/11/11 | J | | |
| 230. - Rio Tinto | | | | | Buy | 5/11/11 | J | | |
| 231. - Roche Holding | | | | | Buy | 5/11/11 | J | | |
| 232. - Royal Dutch | | | | | Buy | 5/11/11 | J | | |
| 233. - Target | | | | | Buy | 5/11/11 | J | | |
| 234. - Texas Instruments | | | | | Buy | 5/11/11 | J | | |
| 235. - Time Warner | | | | | Buy | 5/11/11 | J | | |
| 236. - Total | | | | | Buy | 9/1/11 | J | | |
| 237. - United Technologies | | | | | Buy | 5/11/11 | J | | |
| 238. - Wal-mart | | | | | Buy | 5/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 6/4/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  - Wal-mart | | | | | Sold (part) | 12/21/11 | J | A | |
| 240.  - Walgreen | | | | | Buy | 5/11/11 | J | | |
| 241.  - IShares Russell Index Fund | | | | | Buy | 4/25/11 | K | | |
| 242.  - IShares Russell Index Fund | | | | | Sold | 5/11/11 | K | A | |
| 243.  - Powershares mid growth Fund | | | | | Buy | 4/25/11 | J | | |
| 244.  - Powershares mid growth Fund | | | | | Sold | 11/1/11 | J | | |
| 245.  - Powershares mid growth Fund | | | | | Buy | 12/21/11 | J | | |
| 246.  - Dow Jones Intl. Fund | | | | | Buy | 4/25/11 | J | | |
| 247.  - Dow Jones Intl. Fund | | | | | Sold | 11/1/11 | J | | |
| 248.  - Dow Jones Intl. Fund | | | | | Buy | 12/2/11 | J | | |
| 249.  - Nuveen Barclays Fund | | | | | Buy | 4/25/11 | J | | |
| 250.  - Nuveen Barclays Fund | | | | | Sold (part) | 12/21/11 | J | A | |
| 251.  - Vanguard Intl. Fund | | | | | Buy | 5/11/11 | K | | |
| 252.  - Vanguard Intl. Fund | | | | | Sold | 11/1/11 | K | | |
| 253.  - Vanguard Intl. Fund | | | | | Buy | 12/2/11 | K | | |
| 254.  - Vanguard total stock Fund | | | | | Buy | 11/1/11 | L | | |
| 255.  - Vanguard total stock Fund | | | | | Sold | 12/1/11 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Vanguard total stock Fund | | | | | Buy | 12/1/11 | J | | |
| 257. - Artisan mid cap Fund | | | | | Buy | 4/25/11 | J | | |
| 258. - Calamos market neutral Fund | | | | | Buy | 4/25/11 | K | | |
| 259. - Calamos market neutral Fund | | | | | Sold (part) | 12/21/11 | K | | |
| 260. - Cohen & Steers Fund | | | | | Buy | 4/25/11 | K | | |
| 261. - Cohen & Steers Fund | | | | | Sold | 5/11/11 | K | | |
| 262. - Cohen & Steers Fund | | | | | Buy | 12/21/11 | J | | |
| 263. - Davis NY venture Fund | | | | | Buy | 4/25/11 | K | | |
| 264. - Davis NY venture Fund | | | | | Sold (part) | 5/11/11 | K | | |
| 265. - Europacific Fund | | | | | Buy | 4/25/11 | K | | |
| 266. - Europacific Fund | | | | | Sold | 5/11/11 | K | | |
| 267. - Franklin Conv. Fund | | | | | Buy | 4/25/11 | K | | |
| 268. - Franklin Conv. Fund | | | | | Sold (part) | 5/11/11 | K | | |
| 269. - Henderson Intl. Fund | | | | | Buy | 4/25/11 | K | | |
| 270. - Invesco Fund | | | | | Buy | 10/24/11 | J | | |
| 271. - Ivy Global Fund | | | | | Buy | 4/25/11 | J | | |
| 272. - JP Morgan dynamic Fund | | | | | Buy | 4/25/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 6/4/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. - Lord Abbett bond Fund | | | | | Buy | 4/25/11 | K | | |
| 274. - Mainstay large cap. Fund | | | | | Buy | 4/25/11 | K | | |
| 275. - Mainstay large cap. Fund | | | | | Sold (part) | 5/11/11 | J | | |
| 276. - Nuveen limited term Fund | | | | | Buy | 4/25/11 | K | | |
| 277. - Nuveen limited term Fund | | | | | Sold (part) | 12/21/11 | J | A | |
| 278. - Nuveen tradewinds Fund | | | | | Buy | 4/25/11 | K | | |
| 279. - Oppenheimer Intl. Fund | | | | | Buy | 4/25/11 | K | | |
| 280. - Prudential Jennison Fund | | | | | Buy | 4/25/11 | J | | |
| 281. - Royce Fund | | | | | Buy | 4/25/11 | K | | |
| 282. - Western assets Fund | | | | | Buy | 4/25/11 | K | | |
| 283. - Western assets Fund | | | | | Sold (part) | 12/2/11 | J | A | |
| 284. TRUST #3 | F | Int./Div. | P1 | T | | | | | |
| 285. - Staples | | | | | Sold | 4/25/11 | K | A | |
| 286. - Staples | | | | | Buy | 5/11/11 | J | | |
| 287. - Target | | | | | Buy (add'l) | 5/11/11 | J | | |
| 288. - Pepsico | | | | | Sold | 4/25/11 | L | E | |
| 289. - Pepsico | | | | | Buy | 5/11/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 6/4/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - Procter & Gamble | | | | | Sold | 4/25/11 | K | D | |
| 291. - Procter & Gamble | | | | | Buy | 5/11/11 | J | | |
| 292. - Apache | | | | | | | | | |
| 293. - ExxonMobil | | | | | Sold | 4/25/11 | K | E | |
| 294. - ExxonMobil | | | | | Buy | 5/11/11 | J | | |
| 295. - Weatherford | | | | | Sold | 4/25/11 | K | B | |
| 296. - JP Morgan Chase | | | | | Sold | 12/7/11 | K | | |
| 297. - Bank of New York | | | | | Sold | 12/7/11 | J | | |
| 298. - Wells Fargo | | | | | Sold | 4/25/11 | K | B | |
| 299. - Wells Fargo | | | | | Buy | 5/11/11 | J | | |
| 300. - Abbott Labs | | | | | Sold | 4/25/11 | K | B | |
| 301. - Johnson & Johnson | | | | | Buy (add'l) | 5/11/11 | J | | |
| 302. - Johnson & Johnson | | | | | Sold (part) | 12/7/11 | K | | |
| 303. - Medtronic | | | | | Buy (add'l) | 11/2/11 | J | | |
| 304. - Medtronic | | | | | Sold | 12/7/11 | K | | |
| 305. - Schein Henry | | | | | Sold | 4/25/11 | K | D | |
| 306. - TEVA Pharmaceutical | | | | | Sold | 4/25/11 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - TEVA Pharmeceutical | | | | | Buy | 5/11/11 | J | | |
| 308. - Teva Pharmeceutical | | | | | Sold | 8/11/11 | J | | |
| 309. - Minnesota Mining | | | | | | | | | |
| 310. - Danaher | | | | | | | | | |
| 311. - Emerson Electric | | | | | | | | | |
| 312. - G.E. | | | | | Sold | 4/25/11 | K | | |
| 313. - United Technologies | | | | | Sold | 4/25/11 | L | E | |
| 314. - Accenture | | | | | | | | | |
| 315. - Adobe | | | | | Sold | 4/25/11 | K | | |
| 316. - Automated Data Processing | | | | | Sold | 4/25/11 | K | E | |
| 317. - Intel | | | | | Sold | 4/25/11 | L | C | |
| 318. - IBM | | | | | Sold | 4/25/11 | L | E | |
| 319. - Microsoft | | | | | Sold | 4/25/11 | K | D | |
| 320. - Microsoft | | | | | Buy | 5/11/11 | J | | |
| 321. - Air Products | | | | | Sold | 4/25/11 | L | F | |
| 322. - Ecolab | | | | | Sold | 4/25/11 | K | E | |
| 323. - MDU Resources | | | | | Sold | 12/7/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 6/4/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - Bristol '11 3.0 | | | | | Matured | 10/17/11 | K | A | |
| 325. - CT State '11 3.125 | | | | | Matured | 12/1/11 | K | A | |
| 326. - Southbury CT '11 3.75 | | | | | Matured | 12/15/11 | K | | |
| 327. - Wethersfield CT '12 3.1 | | | | | | | | | |
| 328. - CT State '12 4.0 | | | | | | | | | |
| 329. - Regional School '12 3.65 | | | | | Redeemed | 7/15/11 | K | | |
| 330. - N.J. State '13 5.7 | | | | | Redeemed (part) | 05/03/11 | J | A | |
| 331. - Easton CT '13 3.625 | | | | | Redeemed | 11/1/11 | K | | |
| 332. - University CT '14 3.7 | | | | | | | | | |
| 333. - Glastonbury CT '14 3.75 | | | | | | | | | |
| 334. - ATT | | | | | Sold | 4/25/11 | K | | |
| 335. - Thermo Fisher | | | | | Sold | 12/7/11 | K | | |
| 336. - General Dynamics | | | | | Sold | 4/25/11 | K | | |
| 337. - T. Rowe Price | | | | | Sold | 4/25/11 | K | D | |
| 338. - Dentsply | | | | | Sold | 4/25/11 | K | | |
| 339. - Telefonica | | | | | Sold | 4/25/11 | K | A | |
| 340. - Apple | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 6/4/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - CT ST '14 3.0 | | | | | | | | | |
| 342. - Noble | | | | | Sold | 4/25/11 | K | | |
| 343. - Oracle | | | | | Sold | 4/25/11 | K | D | |
| 344. - CVS | | | | | Sold | 4/25/11 | K | D | |
| 345. - Nike Class B | | | | | Sold | 4/25/11 | K | D | |
| 346. - Southington CT '18 3.5 | | | | | | | | | |
| 347. - People's United Fin. | | | | | Sold | 12/7/11 | J | | |
| 348. - Research in Motion | | | | | Sold | 4/25/11 | K | | |
| 349. - CT High '17 3.85 | | | | | Redeemed (part) | 6/23/11 | J | | |
| 350. - Griswold CT '18 3.0 | | | | | | | | | |
| 351. - Autodesk | | | | | Sold | 4/25/11 | K | E | |
| 352. - Metlife | | | | | Sold | 4/25/11 | K | | |
| 353. - Marlborough CT '16 4.0 | | | | | | | | | |
| 354. - SmithBarney Bank Deposit Program | | | | | | | | | |
| 355. - Admiral | | | | | Buy | 5/11/11 | J | | |
| 356. - Admiral | | | | | Sold | 11/8/11 | J | | |
| 357. - Air Liquide | | | | | Buy | 5/11/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 6/4/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - Allianz | | | | | Buy | 5/11/11 | J | | |
| 359. - America Movil | | | | | Buy | 5/11/11 | J | | |
| 360. - American Express | | | | | Buy | 5/11/11 | J | | |
| 361. - Annaly Capital | | | | | Buy | 5/11/11 | J | | |
| 362. - Annaly Capital | | | | | Sold | 9/13/11 | J | | |
| 363. - Arm holdings | | | | | Buy | 5/11/11 | J | | |
| 364. - Atlas Copco | | | | | Buy | 5/11/11 | J | | |
| 365. - BG group | | | | | Buy | 5/11/11 | J | | |
| 366. - CR Bard | | | | | Buy | 5/11/11 | J | | |
| 367. - CR Bard | | | | | Sold | 7/5/11 | J | A | |
| 368. - CR Bard | | | | | Buy | 12/13/11 | J | | |
| 369. - Barrick Gold | | | | | Buy | 5/11/11 | J | | |
| 370. - Barrick Gold | | | | | Sold (part) | 12/7/11 | J | A | |
| 371. - Bunge | | | | | Buy | 5/11/11 | J | | |
| 372. - CSL Ltd. | | | | | Buy | 5/11/11 | J | | |
| 373. - CVS | | | | | Buy | 5/11/11 | J | | |
| 374. - Canadian Nat. Ry. | | | | | Buy | 5/11/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 6/4/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375.  - Canon | | | | | Buy | 5/11/11 | J | | |
| 376.  - Carnival | | | | | Buy | 5/11/11 | J | | |
| 377.  - Chevron | | | | | Buy | 5/11/11 | J | | |
| 378.  - Chevron | | | | | Sold (part) | 10/5/11 | J | | |
| 379.  - China Res. Ent. | | | | | Buy | 5/11/11 | J | | |
| 380.  - Chubb | | | | | Buy | 5/11/11 | J | | |
| 381.  - Cisco | | | | | Buy | 5/11/11 | J | | |
| 382.  - Cisco | | | | | Sold (part) | 12/7/11 | J | | |
| 383.  - Cochlear | | | | | Buy | 5/11/11 | J | | |
| 384.  - Conoco | | | | | Buy | 5/11/11 | J | | |
| 385.  - DBS Group | | | | | Buy | 5/11/11 | J | | |
| 386.  - Dassault systems | | | | | Buy | 5/11/11 | J | | |
| 387.  - Dell | | | | | Buy | 5/11/11 | J | | |
| 388.  - Diagro | | | | | Buy | 5/11/11 | J | | |
| 389.  - Diagro | | | | | Sold | 8/10/11 | J | | |
| 390.  - Dr. Pepper | | | | | Buy | 5/11/11 | J | | |
| 391.  - EBay | | | | | Buy | 5/11/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 6/4/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392.  - EBay | | | | | Sold (part) | 5/25/11 | J | | |
| 393.  - Encana | | | | | Buy | 5/11/11 | J | | |
| 394.  - Encana | | | | | Sold | 10/5/11 | J | | |
| 395.  - Erste group | | | | | Buy | 5/11/11 | J | | |
| 396.  - Exelon | | | | | Buy | 5/11/11 | J | | |
| 397.  - Exelon | | | | | Sold | 5/11/11 | J | | |
| 398.  - Fanuc | | | | | Buy | 5/11/11 | J | | |
| 399.  - Fresenius | | | | | Buy | 5/11/11 | J | | |
| 400.  - Gazpro | | | | | Buy | 5/11/11 | J | | |
| 401.  - Glaxo | | | | | Buy | 5/11/11 | J | | |
| 402.  - Google | | | | | Buy | 5/11/11 | J | | |
| 403.  - HSBC | | | | | Buy | 5/11/11 | J | | |
| 404.  - Hoya | | | | | Buy | 5/11/11 | J | | |
| 405.  - Icici bank | | | | | Buy | 5/11/11 | J | | |
| 406.  - Imperial Oil | | | | | Buy | 5/11/11 | J | | |
| 407.  - Itau | | | | | Buy | 5/11/11 | J | | |
| 408.  - JGC | | | | | Buy | 5/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 6/4/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. - Jupiter Telecom | | | | | Buy | 5/11/11 | J | | |
| 410. - Kimberly Clark | | | | | Buy | 5/11/11 | J | | |
| 411. - Li & Fung | | | | | Buy | 5/11/11 | J | | |
| 412. - L'Oreal | | | | | Buy | 5/11/11 | J | | |
| 413. - LVMH Moet | | | | | Buy | 5/11/11 | J | | |
| 414. - Lilly | | | | | Buy | 5/11/11 | J | | |
| 415. - Logitech | | | | | Buy | 5/11/11 | J | | |
| 416. - Logitech | | | | | Sold | 6/15/11 | J | | |
| 417. - Lonza | | | | | Buy | 5/11/11 | J | | |
| 418. - Microsoft | | | | | Buy | 5/11/11 | J | | |
| 419. - Molson | | | | | Buy | 5/11/11 | J | | |
| 420. - MTN group | | | | | Buy | 5/11/11 | J | | |
| 421. - Nabors | | | | | Buy | 10/3/11 | J | | |
| 422. - Nabors | | | | | Sold | 11/11/11 | J | C | |
| 423. - Nestle | | | | | Buy | 5/11/11 | J | | |
| 424. - Newmont | | | | | Buy | 5/11/11 | J | | |
| 425. - Newmont | | | | | Sold (part) | 12/7/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 29 of 66

**Name of Person Reporting**

Newman, Jon O.

**Date of Report**

6/4/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. - Northrop | | | | | Buy | 5/11/11 | J | | |
| 427. - Novartis | | | | | Buy | 5/11/11 | J | | |
| 428. - Novo-Nordisk | | | | | Buy | 5/11/11 | J | | |
| 429. - Novo-Nordisk | | | | | Sold | 10/24/11 | J | | |
| 430. - Petroleo | | | | | Buy | 5/11/11 | J | | |
| 431. - PNC Financial | | | | | Buy | 5/11/11 | J | | |
| 432. - Quest | | | | | Buy | 5/11/11 | J | | |
| 433. - Quest | | | | | Sold | 10/25/11 | J | | |
| 434. - Qiagen-Eur. | | | | | Buy | 5/11/11 | J | | |
| 435. - Roche | | | | | Buy | 5/11/11 | J | | |
| 436. - SAP Ag | | | | | Buy | 5/11/11 | J | | |
| 437. - Sasol | | | | | Buy | 5/11/11 | J | | |
| 438. - Schlumberger | | | | | Buy | 5/11/11 | J | | |
| 439. - Schneider | | | | | Buy | 5/11/11 | J | | |
| 440. - Schwab | | | | | Buy | 5/11/11 | J | | |
| 441. - Sigma-Aldrich | | | | | Buy | 5/11/11 | J | | |
| 442. - Sigma-Aldrich | | | | | Sold (part) | 5/25/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 30 of 66

**Name of Person Reporting**

Newman, Jon O.

**Date of Report**

6/4/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. - Sonova | | | | | Buy | 5/11/11 | J | | |
| 444. - Suntrust | | | | | Buy | 5/11/11 | J | | |
| 445. - Swatch | | | | | Buy | 5/11/11 | J | | |
| 446. - Taiwan semiconductors | | | | | Buy | 5/11/11 | J | | |
| 447. - Taiwan semiconductors | | | | | Sold (part) | 5/19/11 | J | | |
| 448. - Tesco | | | | | Buy | 5/11/11 | J | | |
| 449. - Torchmark | | | | | Buy | 5/11/11 | J | | |
| 450. - Travelers | | | | | Buy | 5/11/11 | J | | |
| 451. - Turkiye Garantu | | | | | Buy | 5/11/11 | J | | |
| 452. - Unicharm | | | | | Buy | 5/11/11 | J | | |
| 453. - US Bancorp | | | | | Buy | 5/11/11 | J | | |
| 454. - WPP Plc | | | | | Buy | 5/11/11 | J | | |
| 455. - WPP Plc | | | | | Sold (part) | 9/2/11 | J | | |
| 456. - Wal-mart Mexico | | | | | Buy | 5/11/11 | J | | |
| 457. - Wal-mart | | | | | Buy | 5/11/11 | J | | |
| 458. - IShares Russell 1000 Fund | | | | | Buy | 4/25/11 | M | | |
| 459. - IShares Russell 1000 Fund | | | | | Sold | 5/11/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 66

**Name of Person Reporting**

Newman, Jon O.

**Date of Report**

6/4/2012

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. - IShares MSCI small cap Fund | | | | | Buy | 5/11/11 | K | | |
| 461. - IShares MSCI value Fund | | | | | Buy | 4/25/11 | L | | |
| 462. - IShares MSCI value Fund | | | | | Sold | 5/11/11 | L | | |
| 463. - Vanguard total stock Fund | | | | | Buy | 12/29/11 | J | | |
| 464. - Alliance Bernstein small-mid cap Fund | | | | | Buy | 4/25/11 | M | | |
| 465. - Alliance Bernstein small-mid cap Fund | | | | | Sold (part) | 5/11/11 | M | | |
| 466. - Franklin fed. Fund | | | | | Buy | 4/25/11 | M | | |
| 467. - Gabelli equity Fund | | | | | Buy | 4/25/11 | M | | |
| 468. - Gabelli equity Fund | | | | | Sold (part) | 5/11/11 | K | A | |
| 469. - Invesco Fund | | | | | Buy | 10/24/11 | K | | |
| 470. -Oakmark intl. Fund | | | | | Buy | 4/25/11 | L | | |
| 471. - Oakmark intl. Fund | | | | | Sold (part) | 5/11/11 | K | | |
| 472. - Lord Abbett Emerg. Fund | | | | | Buy | 4/25/11 | L | | |
| 473. - Nuveen ltd. mun. Fund | | | | | Buy | 4/25/11 | L | | |
| 474. - Oppenheimer intl. Fund | | | | | Buy | 4/25/11 | L | | |
| 475. -Pimco Real Return Fund | | | | | Buy | 4/25/11 | L | | |
| 476. - Thornburg intl. Fund | | | | | Buy | 4/25/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 32 of 66

**Name of Person Reporting**

Newman, Jon O.

**Date of Report**

6/4/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. - Tweedy Browne Fund | | | | | Buy | 4/25/11 | L | | |
| 478. TRUST #4 | E | Int./Div. | P1 | T | | | | | |
| 479. - Staples | | | | | Sold | 4/25/11 | K | E | |
| 480. - Target | | | | | Sold | 4/25/11 | L | E | |
| 481. - Pepsico | | | | | Sold | 4/25/11 | K | D | |
| 482. - Procter & Gamble | | | | | | | | | |
| 483. - ExxonMobil | | | | | | | | | |
| 484. - Noble | | | | | | | | | |
| 485. - JP Morgan Chase | | | | | Sold | 4/25/11 | J | C | |
| 486. - Bank of New York | | | | | Sold | 12/7/11 | K | | |
| 487. - Wells Fargo | | | | | Sold | 4/25/11 | K | C | |
| 488. - Abbott Labs | | | | | Sold | 4/25/11 | K | A | |
| 489. - Johnson & Johnson | | | | | Sold | 4/25/11 | K | D | |
| 490. - Medtronic | | | | | Sold | 4/25/11 | K | B | |
| 491. - Schein Henry | | | | | Sold | 4/25/11 | K | D | |
| 492. - TEVA Pharmaceutical | | | | | Sold | 4/25/11 | K | C | |
| 493. - Teva Pharmaceutical | | | | | Buy | 5/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 6/4/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494.  - Teva Pharmaceutical | | | | | Sold | 8/11/11 | J | | |
| 495.  - Danaher | | | | | | | | | |
| 496.  - Emerson Electric | | | | | Sold | 4/25/11 | K | D | |
| 497.  - G.E. | | | | | Sold | 4/25/11 | K | | |
| 498.  - United Technologies | | | | | | | | | |
| 499.  - Accenture | | | | | | | | | |
| 500.  - Automatic Data Processing | | | | | | | | | |
| 501.  - Cisco | | | | | Sold | 12/7/11 | K | | |
| 502.  - Intel | | | | | Sold | 4/25/11 | K | | |
| 503.  - IBM | | | | | Sold | 4/25/11 | L | E | |
| 504.  - Microsoft | | | | | Sold | 4/25/11 | K | | |
| 505.  - Ecolab | | | | | | | | | |
| 506.  - MDU Resources | | | | | Sold | 4/25/11 | J | | |
| 507.  - Bristol CT '11 3.0 | | | | | Matured | 10/17/11 | L | | |
| 508.  - CT State '11 3.8 | | | | | Matured | 11/15/11 | L | | |
| 509.  - Wethersfield CT '12 3.1 | | | | | | | | | |
| 510.  - CT State '12 4.0 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 66

Name of Person Reporting

Newman, Jon O.

Date of Report

6/4/2012

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. - Regional School '12 3.65 | | | | | Redeemed | 7/15/11 | L | | |
| 512. - Easton CT '13 3.625 | | | | | Redeemed | 11/1/11 | L | | |
| 513. - University CT '14 3.7 | | | | | | | | | |
| 514. - Glastonbury CT '14 3.75 | | | | | | | | | |
| 515. - U.S. Treasury '18 9.0 | | | | | | | | | |
| 516. - CT State '11 3.125 | | | | | Matured | 12/17/11 | K | A | |
| 517. - ATT | | | | | Sold | 4/25/11 | J | | |
| 518. - Thermo Fisher | | | | | Sold | 12/7/11 | J | | |
| 519. - General Dynamics | | | | | Sold | 4/25/11 | J | | |
| 520. - Oracle | | | | | Sold | 4/25/11 | J | D | |
| 521. - Apple | | | | | | | | | |
| 522. - Dentsply | | | | | Sold | 4/25/11 | K | C | |
| 523. - Nike Class B | | | | | | | | | |
| 524. - Southington CT '18 3.5 | | | | | | | | | |
| 525. - Adobe | | | | | Sold | 4/25/11 | K | A | |
| 526. - SmithBarney Bank Deposit Program | | | | | | | | | |
| 527. - Admiral | | | | | Buy | 5/10/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 35 of 66

Name of Person Reporting

Newman, Jon O.

Date of Report

6/4/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528.  - Admiral | | | | | Sold | 11/8/11 | J | | |
| 529.  - Air Liquide | | | | | Buy | 5/10/11 | J | | |
| 530.  - Allianz | | | | | Buy | 5/10/11 | J | | |
| 531.  - AMC | | | | | Buy | 5/10/11 | J | | |
| 532.  - AMC | | | | | Sold (part) | 7/1/11 | J | A | |
| 533.  - American Movil | | | | | Buy | 5/10/11 | J | | |
| 534.  - Anadarko | | | | | Buy | 5/10/11 | J | | |
| 535.  - Anasys | | | | | Buy | 5/10/11 | J | | |
| 536.  - Arm Holdings | | | | | Buy | 5/10/11 | J | | |
| 537.  - Atlas Copco | | | | | Buy | 5/10/11 | J | | |
| 538.  - Autodesk | | | | | Buy | 5/10/11 | J | | |
| 539.  - Autodesk | | | | | Sold | 12/7/11 | J | | |
| 540.  - BG group | | | | | Buy | 5/10/11 | J | | |
| 541.  - Biogen | | | | | Buy | 5/11/11 | J | | |
| 542.  - Biogen | | | | | Sold (part) | 12/7/11 | J | A | |
| 543.  - Blackbaud | | | | | Buy | 5/10/11 | J | | |
| 544.  - Brown & Brown | | | | | Buy | 5/10/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 6/4/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. - Bunge | | | | | Buy | 5/10/11 | J | | |
| 546. - CSL | | | | | Buy | 5/10/11 | J | | |
| 547. - Cablevision | | | | | Buy | 5/10/11 | J | | |
| 548. - Canadian Nat. Ry. | | | | | Buy | 5/10/11 | J | | |
| 549. - Canon | | | | | Buy | 5/10/11 | J | | |
| 550. - Carnival | | | | | Buy | 5/10/11 | J | | |
| 551. - Cherokee | | | | | Buy | 5/10/11 | J | | |
| 552. - China Res. Ent. | | | | | Buy | 5/10/11 | J | | |
| 553. - Choice Hotels | | | | | Buy | 5/10/11 | J | | |
| 554. - Church & Dwight | | | | | Buy | 5/10/11 | J | | |
| 555. - Church & Dwight | | | | | Buy | 5/10/11 | J | | |
| 556. - Citrix | | | | | Buy | 5/10/11 | J | | |
| 557. - Clarcor | | | | | Buy | 5/10/11 | J | | |
| 558. - Cochlear | | | | | Buy | 5/10/11 | J | | |
| 559. - Comcast | | | | | Buy | 5/10/11 | J | | |
| 560. - Covidien | | | | | Buy | 5/10/11 | J | | |
| 561. - Cree | | | | | Buy | 5/10/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 66

Name of Person Reporting

Newman, Jon O.

Date of Report

6/4/2012

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. - CSL | | | | | Buy | 5/10/11 | J | | |
| 563. - DBS | | | | | Buy | 5/10/11 | J | | |
| 564. - Dassault | | | | | Buy | 5/10/11 | J | | |
| 565. - Directv | | | | | Buy | 5/10/11 | J | | |
| 566. - Dolby | | | | | Buy | 5/10/11 | J | | |
| 567. - Dolby | | | | | Sold | 12/29/11 | J | | |
| 568. - Donaldson | | | | | Buy | 5/10/11 | J | | |
| 569. - Dresser-Rand | | | | | Buy | 5/10/11 | J | | |
| 570. - Eaton Vance | | | | | Buy | 5/10/11 | J | | |
| 571. - Encana | | | | | Buy | 5/10/11 | J | | |
| 572. - Encana | | | | | Sold | 11/11/11 | J | | |
| 573. - Erste group | | | | | Buy | 5/10/11 | J | | |
| 574. - Factset Research | | | | | Buy | 5/10/11 | J | | |
| 575. - Fanuc | | | | | Buy | 5/10/11 | J | | |
| 576. - Federated Invs. | | | | | Buy | 5/10/11 | J | | |
| 577. - Fluor | | | | | Buy | 5/10/11 | J | | |
| 578. - Fluor | | | | | Sold (part) | 12/29/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting: Newman, Jon O.

Date of Report: 6/4/2012

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579. - Forest Labs. | | | | | Buy | 5/10/11 | J | | |
| 580. - Freeport McMoran | | | | | Buy | 5/10/11 | J | | |
| 581. - Freeport McMoran | | | | | Sold (part) | 12/7/11 | J | | |
| 582. - Fresenius | | | | | Buy | 5/10/11 | J | | |
| 583. - Gazprom | | | | | Buy | 5/10/11 | J | | |
| 584. - HSBC | | | | | Buy | 5/10/11 | J | | |
| 585. - Helco | | | | | Buy | 5/10/11 | J | | |
| 586. - Henry (Jack) | | | | | Buy | 5/10/11 | J | | |
| 587. - Hoya | | | | | Buy | 5/10/11 | J | | |
| 588. - Human Genome | | | | | Buy | 5/10/11 | J | | |
| 589. - Icici bank | | | | | Buy | 5/10/11 | J | | |
| 590. - Immucor | | | | | Buy | 5/10/11 | J | | |
| 591. - Immucor | | | | | Sold | 8/15/11 | J | A | |
| 592. - Imperial Oil | | | | | Buy | 5/10/11 | J | | |
| 593. - Isis Pharfmeceuticals | | | | | Buy | 5/10/11 | J | | |
| 594. - Itau Unibanco | | | | | Buy | 5/10/11 | J | | |
| 595. - JGC | | | | | Buy | 5/13/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. - Jupiter | | | | | Buy | 5/10/11 | J | | |
| 597. - Landstar | | | | | Buy | 5/10/11 | J | | |
| 598. - L3 Comm. | | | | | Buy | 5/10/11 | J | | |
| 599. - Li & Fung | | | | | Buy | 5/10/11 | J | | |
| 600. - Liberty Media | | | | | Buy | 5/10/11 | J | | |
| 601. - Logitech | | | | | Buy | 5/10/11 | J | | |
| 602. - Logitech | | | | | Sold | 6/15/11 | J | | |
| 603. - Lonza | | | | | Buy | 5/10/11 | J | | |
| 604. - L'Oreal | | | | | Buy | 5/10/11 | J | | |
| 605. - LVMH Moet | | | | | Buy | 5/10/11 | J | | |
| 606. - MSC Indus. | | | | | Buy | 5/10/11 | J | | |
| 607. - Microchip | | | | | Buy | 5/10/11 | J | | |
| 608. - MTN group | | | | | Buy | 5/10/11 | J | | |
| 609. - National Instruments | | | | | Buy | 5/10/11 | J | | |
| 610. - Nestle | | | | | Buy | 5/10/11 | J | | |
| 611. - Novartis | | | | | Buy | 5/10/11 | J | | |
| 612. - Novo-Nordisk | | | | | Buy | 5/10/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 613. - Novo Nordisk | | | | | Sold | 10/14/11 | J | | |
| 614. - Nucor | | | | | Buy | 5/10/11 | J | | |
| 615. - Pall | | | | | Buy | 5/10/11 | J | | |
| 616. - Pall | | | | | Sold (part) | 12/7/11 | J | | |
| 617. - Petroleo | | | | | Buy | 5/10/11 | J | | |
| 618. - Price Smart | | | | | Buy | 6/13/11 | J | | |
| 619. - Qiagen | | | | | Buy | 5/10/11 | J | | |
| 620. - RBC Bearings | | | | | Buy | 5/10/11 | J | | |
| 621. - Roche | | | | | Buy | 5/10/11 | J | | |
| 622. - Ross Stores | | | | | Buy | 5/10/11 | J | | |
| 623. - Sandisk | | | | | Buy | 5/10/11 | J | | |
| 624. - SAP AG | | | | | Buy | 5/10/11 | J | | |
| 625. - Sasol | | | | | Buy | 5/10/11 | J | | |
| 626. - Schlumberger | | | | | Buy | 5/10/11 | J | | |
| 627. - Schneider Elec. | | | | | Buy | 5/10/11 | J | | |
| 628. - Seagate Tech. | | | | | Buy | 5/10/11 | J | | |
| 629. - Siligan | | | | | Buy | 5/10/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. - Sirona | | | | | Buy | 5/10/11 | J | | |
| 631. - Sonova | | | | | Buy | 5/10/11 | J | | |
| 632. - Stericycle | | | | | Buy | 5/10/11 | J | | |
| 633. - Stericyhcle | | | | | Sold (part) | 6/13/11 | J | | |
| 634. - Swatch | | | | | Buy | 5/10/11 | J | | |
| 635. - Taiwan Semiconductor | | | | | Buy | 5/10/11 | J | | |
| 636. - Taiwan Semiconductor | | | | | Sold (part) | 5/19/11 | J | | |
| 637. - TE Connectivity | | | | | Buy | 5/10/11 | J | | |
| 638. - Techne | | | | | Buy | 5/10/11 | J | | |
| 639. - Tesco | | | | | Buy | 5/10/11 | J | | |
| 640. - TEVA | | | | | Buy | 5/10/11 | J | | |
| 641. - TEVA | | | | | Sold | 8/11/11 | J | | |
| 642. - Turkiye Garanti | | | | | Buy | 5/10/11 | J | | |
| 643. - Tyco Intl. | | | | | Buy | 5/10/11 | J | | |
| 644. - Unicharm | | | | | Buy | 5/10/11 | J | | |
| 645. - Unilever | | | | | Buy | 5/10/11 | J | | |
| 646. - United Health | | | | | Buy | 5/10/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. - VCA Antech | | | | | Buy | 5/10/11 | J | | |
| 648. - Vertex | | | | | Buy | 5/10/11 | J | | |
| 649. - Wal-mart | | | | | Buy | 5/10/11 | J | | |
| 650. - Weatherford Intl. | | | | | Buy | 5/10/11 | J | | |
| 651. - Wiley | | | | | Buy | 5/10/11 | J | | |
| 652. - Wolverine | | | | | Buy | 5/10/11 | J | | |
| 653. - World Fuel | | | | | Buy | 5/10/11 | J | | |
| 654. - WPP | | | | | Buy | 5/10/11 | J | | |
| 655. - WPP | | | | | Buy | 5/10/11 | J | | |
| 656. - IShares ussell 3000 Fund | | | | | Buy | 4/25/11 | J | | |
| 657. - IShares MSCI Value Fund | | | | | Buy | 4/25/11 | L | | |
| 658. - IShares MSCI Value Fund | | | | | Sold (part) | 5/10/11 | L | A | |
| 659. - Vanguard Total Stock Fund | | | | | Buy | 12/29/11 | J | | |
| 660. - Alliance Bernstein Fund | | | | | Buy | 4/25/11 | K | | |
| 661. - Columbia Acorn Fund | | | | | Buy | 4/25/11 | L | | |
| 662. - Columbia Acorn Fund | | | | | Sold (part) | 5/10/11 | L | A | |
| 663. - Franklin tax-free Fund | | | | | Buy | 4/25/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. - Franklin Fund | | | | | Sold (part) | 12/7/11 | J | A | |
| 665. - Lord Abbett Emerg. Mrkts. Fund | | | | | Buy | 4/25/11 | K | | |
| 666. - Lord Abbett Conv. | | | | | Buy | 4/25/11 | K | | |
| 667. - Nuveen Tradewinds | | | | | Buy | 4/25/11 | K | | |
| 668. - Pimco | | | | | Buy | 4/25/11 | K | | |
| 669. - Pimco | | | | | Sold (part) | 12/7/11 | J | A | |
| 670. - TCW | | | | | Buy | 4/25/11 | K | | |
| 671. - Wells Fargo Fund | | | | | Buy | 4/25/11 | K | | |
| 672. - Wells Fargo Fund | | | | | Sold (part) | 5/10/11 | K | A | |
| 673. IRA consisting of Stocks and Corporate Bonds: | E | Int./Div. | P1 | T | | | | | |
| 674. - Walt Disney | | | | | Sold | 4/25/11 | K | E | |
| 675. - Walt Disney | | | | | Buy | 5/10/11 | J | | |
| 676. - Walt Disney | | | | | Sold (part) | 12/2/11 | J | | |
| 677. - McDonalds | | | | | Sold | 4/25/11 | L | E | |
| 678. - McDonalds | | | | | Buy | 5/10/11 | J | | |
| 679. - Staples | | | | | Sold | 4/25/11 | J | A | |
| 680. - Staples | | | | | Buy | 5/10/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. - Pepsico | | | | | Sold | 4/25/11 | K | C | |
| 682. - Procter & Gamble | | | | | Sold | 4/25/11 | K | E | |
| 683. - Procter & Gamble | | | | | Buy | 5/13/11 | J | | |
| 684. - Procter & Gamble | | | | | Sold (part) | 11/15/11 | J | | |
| 685. - ExxonMobil | | | | | Sold | 4/25/11 | K | H1 | |
| 686. - Exxon Mobil | | | | | Buy | 5/10/11 | J | | |
| 687. - Bank of New York | | | | | | | | | |
| 688. - Johnson & Johnson | | | | | Sold | 4/25/11 | K | E | |
| 689. - Johnson & Johnson | | | | | Buy | 5/10/11 | J | | |
| 690. - Johnson & Johnson | | | | | Sold (part) | 10/19/11 | J | | |
| 691. - Medtronic | | | | | Sold | 4/25/11 | K | E | |
| 692. - Emerson Electric | | | | | Sold | 4/25/11 | K | D | |
| 693. - G.E. | | | | | Sold | 4/25/11 | J | | |
| 694. - G.E. | | | | | Buy | 12/3/11 | J | | |
| 695. - Automated Data | | | | | Sold | 4/25/11 | K | E | |
| 696. - Intel | | | | | Sold | 4/25/11 | K | D | |
| 697. - Intel | | | | | Buy | 7/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**     Name of Person Reporting     Date of Report

    Newman, Jon O.     6/4/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. - Intel | | | | | Sold (part) | 11/17/11 | J | A | |
| 699. - I.B.M. | | | | | Sold | 4/25/11 | K | D | |
| 700. - I.B.M. | | | | | Buy | 5/10/11 | J | | |
| 701. - I.B.M | | | | | Sold (part) | 12/22/11 | J | A | |
| 702. - Microsoft | | | | | Sold | 4/25/11 | K | D | |
| 703. - Microsoft | | | | | Buy | 7/11/11 | K | | |
| 704. - Oracle | | | | | | | | | |
| 705. - Ecolab | | | | | Sold | 4/25/11 | L | F | |
| 706. - Verizon | | | | | | | | | |
| 707. - Prudential '11 5.1 | | | | | Matured | 12/14/11 | K | | |
| 708. - Goldman Sachs '12 5.7 | | | | | | | | | |
| 709. - Kimberly Clark '13 5.0 | | | | | | | | | |
| 710. - Pitney Bowes '14 4.875 | | | | | | | | | |
| 711. - Abbott Labs | | | | | Sold | 4/25/11 | K | | |
| 712. - United Technologies | | | | | Sold | 4/25/11 | J | C | |
| 713. - United Technologies | | | | | Buy | 5/24/11 | J | | |
| 714. - United Technologies | | | | | Sold (part) | 12/14/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. - Danaher Corp. | | | | | Sold | 4/25/11 | K | D | |
| 716. - ATT | | | | | Sold | 4/25/11 | J | | |
| 717. - Thermo Fisher | | | | | Sold | 4/25/11 | J | A | |
| 718. - CVS | | | | | Sold | 4/25/11 | J | | |
| 719. - CVS | | | | | Buy | 6/2/11 | J | | |
| 720. - G.E. '14 5.65 | | | | | | | | | |
| 721. - Target | | | | | Sold | 4/25/11 | J | | |
| 722. - Walt Disney '11 5.7 | | | | | Matured | 7/15/11 | K | | |
| 723. - Accenture | | | | | Sold | 4/25/11 | K | D | |
| 724. - Bell South '16 5.2 | | | | | | | | | |
| 725. - Lowes '15 5.0 | | | | | | | | | |
| 726. - Caterpillar '15 4.75 | | | | | | | | | |
| 727. - Bank of America '16 5.75 | | | | | | | | | |
| 728. - Goldman Sachs M/C Fund | | | | | | | | | |
| 729. - TEVA | | | | | Sold | 4/25/11 | J | | |
| 730. - TEVA | | | | | Buy | 4/25/11 | J | | |
| 731. - Adobe | | | | | Sold | 4/25/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. - SmithBarney Bank Deposit Program | | | | | | | | | |
| 733. - ABB | | | | | Buy | 5/10/11 | J | | |
| 734. - ABB | | | | | Sold | 12/2/11 | J | | |
| 735. - Aetna | | | | | Buy | 4/25/11 | J | | |
| 736. - Air Liquide | | | | | Buy | 12/2/11 | J | | |
| 737. - Alcatel | | | | | Buy | 5/10/11 | J | | |
| 738. - Allergan | | | | | Buy | 9/22/11 | J | | |
| 739. - Allianz | | | | | Buy | 12/2/11 | J | | |
| 740. - Allstate | | | | | Buy | 4/25/11 | J | | |
| 741. - Altria | | | | | Buy | 4/25/11 | J | | |
| 742. - Altria | | | | | Sold | 9/5/11 | J | A | |
| 743. - Amadeus | | | | | Buy | 6/7/11 | J | | |
| 744. - Amadeus | | | | | Sold | 12/2/11 | J | | |
| 745. - Amazon | | | | | Buy | 5/10/11 | J | | |
| 746. - Amazon | | | | | Sold (part) | 12/14/11 | J | | |
| 747. - American Movil | | | | | Buy | 12/2/11 | J | | |
| 748. - American Express | | | | | Buy | 4/25/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. - American Express | | | | | Sold (part) | 11/19/11 | J | A | |
| 750. - American Tower | | | | | Buy | 5/10/11 | J | | |
| 751. - Anadarko | | | | | Buy | 4/25/11 | J | | |
| 752. - Anheuser-Busch | | | | | Buy | 5/10/11 | J | | |
| 753. - Anheuser-Busch | | | | | Sold | 10/11/11 | J | | |
| 754. - Apache | | | | | Buy | 4/25/11 | J | | |
| 755. - Apache | | | | | Sold (part) | 10/5/11 | J | | |
| 756. - Apple | | | | | Buy | 5/10/11 | J | | |
| 757. - Arm Holding | | | | | Buy | 12/2/11 | J | | |
| 758. - Astrazeneca | | | | | Buy | 4/25/11 | J | | |
| 759. - Atlas Copco | | | | | Buy | 12/2/11 | J | | |
| 760. - Autonomy | | | | | Buy | 5/10/11 | J | | |
| 761. - Autonomy | | | | | Sold | 11/2/11 | J | A | |
| 762. - AXA | | | | | Buy | 8/12/11 | J | | |
| 763. - AXA | | | | | Sold | 12/2/11 | J | | |
| 764. - BG Group | | | | | Buy | 12/2/11 | J | | |
| 765. - BP | | | | | Buy | 4/25/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. - Baidu | | | | | Buy | 5/10/11 | J | | |
| 767. - Baidu | | | | | Sold (part) | 12/15/11 | J | | |
| 768. - Banco Bradesco | | | | | Buy | 10/18/11 | J | | |
| 769. - Banco Bradesco | | | | | Sold | 12/15/11 | J | | |
| 770. - Bank of America | | | | | Buy | 4/25/11 | J | | |
| 771. - Bank of China | | | | | Buy | 5/10/11 | J | | |
| 772. - Bank of China | | | | | Sold | 10/4/11 | J | | |
| 773. - Barclays | | | | | Buy | 5/10/11 | J | | |
| 774. - Barclays | | | | | Sold | 6/23/11 | J | | |
| 775. - Best Buy | | | | | Buy | 4/25/11 | J | | |
| 776. - BHP Billiton | | | | | Buy | 4/25/11 | J | | |
| 777. - BHP Billiton | | | | | Sold (part) | 5/13/11 | J | | |
| 778. - Blackrock | | | | | Buy | 11/10/11 | J | | |
| 779. - Boeing | | | | | Buy | 5/10/11 | J | | |
| 780. - Bunge | | | | | Buy | 12/2/11 | J | | |
| 781. - Caim | | | | | Buy | 5/10/11 | J | | |
| 782. - Caim | | | | | Sold | 6/6/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. - Canadian Nat. Ry. | | | | | Buy | 12/2/11 | J | | |
| 784. - Canon | | | | | Buy | 5/10/11 | J | | |
| 785. - Canon | | | | | Sold (part) | 12/2/11 | J | | |
| 786. - Capitol One | | | | | Buy | 5/10/11 | J | | |
| 787. - Capitol One | | | | | Sold (part) | 12/2/11 | J | | |
| 788. - Carnival | | | | | Buy | 4/25/11 | J | | |
| 789. - Chesapeake Energy | | | | | Buy | 4/25/11 | J | | |
| 790. - Chevron | | | | | Buy | 5/10/11 | J | | |
| 791. - Chevron | | | | | Sold | 8/9/11 | J | | |
| 792. - China Res. Enter. | | | | | Buy | 12/2/11 | J | | |
| 793. - Cisco | | | | | Buy | 4/25/11 | J | | |
| 794. - Cisco | | | | | Sold (part) | 12/22/11 | J | A | |
| 795. - Citigroup | | | | | Buy | 4/25/11 | J | | |
| 796. - Coach | | | | | Buy | 10/5/11 | J | | |
| 797. - Cochlear | | | | | Buy | 12/2/11 | J | | |
| 798. - Comp. Fin. Richemont | | | | | Buy | 5/10/11 | J | | |
| 799. - Comp. Fin. Richemont | | | | | Sold | 12/2/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. - Conoco | | | | | Buy | 4/25/11 | J | | |
| 801. - Conoco | | | | | Sold (part) | 5/13/11 | J | | |
| 802. - Credit Suisse | | | | | Buy | 5/10/11 | J | | |
| 803. - Credit Suisse | | | | | Sold | 12/2/11 | J | | |
| 804. - CSX | | | | | Buy | 5/10/11 | J | | |
| 805. - CSX | | | | | Sold | 8/15/11 | J | | |
| 806. - Danone | | | | | Buy | 5/10/11 | J | | |
| 807. - Danone | | | | | Sold | 12/2/11 | J | | |
| 808. - Dassault | | | | | Buy | 12/2/11 | J | | |
| 809. - DBS Group | | | | | Buy | 5/10/11 | J | | |
| 810. - DBS Group | | | | | Sold (part) | 12/2/11 | J | | |
| 811. - Devon Energy | | | | | Buy | 4/25/11 | J | | |
| 812. - Diageo | | | | | Buy | 11/4/11 | J | | |
| 813. - Directv | | | | | Buy | 5/10/11 | J | | |
| 814. - Dieectv | | | | | Sold (part) | 12/19/11 | J | | |
| 815. - Don Quijote | | | | | Buy | 10/25/11 | J | | |
| 816. - Don Quijote | | | | | Sold | 12/2/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817.  - Dow Chemical | | | | | Buy | 5/10/11 | J | | |
| 818.  - Dow Chemical | | | | | Sold | 9/22/11 | J | | |
| 819.  - DuPont | | | | | Buy | 5/10/11 | J | | |
| 820.  - DuPont | | | | | Sold (part) | 9/26/11 | J | | |
| 821.  - Eaton | | | | | Buy | 4/25/11 | J | | |
| 822.  - EMC | | | | | Buy | 5/10/11 | J | | |
| 823.  - EMC | | | | | Sold (part) | 8/18/11 | J | | |
| 824.  - Emerson Elec. | | | | | Buy | 10/5/11 | J | | |
| 825.  - Ensco | | | | | Buy | 9/27/11 | J | | |
| 826.  - Ensco | | | | | Sold (part) | 11/15/11 | J | A | |
| 827.  - Erste | | | | | Buy | 12/2/11 | J | | |
| 828.  - Express Scripts | | | | | Buy | 5/10/11 | J | | |
| 829.  - Express Scripts | | | | | Sold (part) | 12/2/11 | J | | |
| 830.  - Fanuc | | | | | Buy | 12/2/11 | J | | |
| 831.  - FedEx | | | | | Buy | 4/25/11 | J | | |
| 832.  - Fiat | | | | | Buy | 5/10/11 | J | | |
| 833.  - Fiat | | | | | Sold | 9/9/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Newman, Jon O.

6/4/2012

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | - Fifth Third Bank | | | | | Buy | 11/9/11 | J | | |
| 835. | - Ford | | | | | Buy | 5/10/11 | J | | |
| 836. | - Ford | | | | | Sold | 8/5/11 | J | | |
| 837. | - Freeport McMoran | | | | | Buy | 5/10/11 | J | | |
| 838. | - Freeport McMoran | | | | | Sold | 6/15/11 | J | | |
| 839. | - Fresenius | | | | | Buy | 12/2/11 | J | | |
| 840. | - Gazprom | | | | | Buy | 12/2/11 | J | | |
| 841. | - General Motors | | | | | Buy | 5/10/11 | J | | |
| 842. | - General Motors | | | | | Sold (part) | 6/2/11 | J | | |
| 843. | - Gilead | | | | | Buy | 12/5/11 | J | | |
| 844. | - Goldman Sachs | | | | | Buy | 4/25/11 | J | | |
| 845. | - Goldman Sachs | | | | | Sold (part) | 9/2/11 | J | | |
| 846. | - Google | | | | | Buy | 5/10/11 | J | | |
| 847. | - Halliburton | | | | | Buy | 5/10/11 | J | | |
| 848. | - Halliburton | | | | | Sold (part) | 9/20/11 | J | | |
| 849. | - Hartford Fin. Serv. | | | | | Buy | 4/25/11 | J | | |
| 850. | - Hewlett Packard | | | | | Buy | 5/10/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. - Hewlett Paclard | | | | | Sold | 5/16/11 | J | | |
| 852. - Home Depot | | | | | Buy | 10/18/11 | J | | |
| 853. - Hoya | | | | | Buy | 5/10/11 | J | | |
| 854. - Hoya | | | | | Sold (part) | 5/25/11 | J | | |
| 855. - HSBC | | | | | Buy | 5/10/11 | J | | |
| 856. - HSBC | | | | | Sold (part) | 6/24/11 | J | | |
| 857. - Icici Bank | | | | | Buy | 12/2/11 | J | | |
| 858. - Imperial Oil | | | | | Buy | 12/2/11 | J | | |
| 859. - Intl. PWR | | | | | Buy | 5/10/11 | J | | |
| 860. - Intl. PWR | | | | | Sold | 12/2/11 | J | | |
| 861. - Itau | | | | | Buy | 12/2/11 | J | | |
| 862. - JGC | | | | | Buy | 12/2/11 | J | | |
| 863. - JP Morgan Chase | | | | | Buy | 4/25/11 | J | | |
| 864. - JP Morgan Chase | | | | | Sold (part) | 5/16/11 | J | | |
| 865. - Juniper | | | | | Buy | 5/13/11 | J | | |
| 866. - Juniper | | | | | Sold | 9/20/11 | J | | |
| 867. - Kraft | | | | | Buy | 5/10/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 6/4/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868.  - Ktaft | | | | | Sold (part) | 12/2/11 | J | | |
| 869.  - Kubota | | | | | Buy | 5/10/11 | J | | |
| 870.  - Kubota | | | | | Sold | 12/2/11 | J | | |
| 871.  - Li & Fung | | | | | Buy | 12/2/11 | J | | |
| 872.  - Lonza | | | | | Buy | 12/2/11 | J | | |
| 873.  - Lowe's | | | | | Buy | 4/25/11 | J | | |
| 874.  - Luxottica | | | | | Buy | 5/10/11 | J | | |
| 875.  - Luxottica | | | | | Sold | 12/2/11 | J | | |
| 876.  - LVMH Moet | | | | | Buy | 12/2/11 | J | | |
| 877.  - Makita | | | | | Buy | 5/10/11 | J | | |
| 878.  - Makita | | | | | Sold | 12/2/11 | J | | |
| 879.  - Mastercard | | | | | Buy | 5/10/11 | J | | |
| 880.  - Mastercard | | | | | Sold (part) | 7/19/11 | J | A | |
| 881.  - Merck | | | | | Buy | 12/20/11 | J | | |
| 882.  - Metlife | | | | | Buy | 5/10/11 | J | | |
| 883.  - Metlife | | | | | Sold (part) | 9/6/11 | J | | |
| 884.  - Metro AG | | | | | Buy | 5/10/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885.  - Metro AG | | | | | Sold | 8/16/11 | J | | |
| 886.  - Michelin | | | | | Buy | 5/10/11 | J | | |
| 887.  - Michelin | | | | | Sold | 12/2/11 | J | | |
| 888.  - Microsoft | | | | | Buy | 7/11/11 | J | | |
| 889.  - Monsanto | | | | | Buy | 11/15/11 | J | | |
| 890.  - MTN Group | | | | | Buy | 12/2/11 | J | | |
| 891.  - Nestle | | | | | Buy | 12/2/11 | J | | |
| 892.  - Netapp | | | | | Buy | 5/10/11 | J | | |
| 893.  - Netapp | | | | | Sold | 8/18/11 | J | | |
| 894.  - Newmont | | | | | Buy | 4/25/11 | J | | |
| 895.  - News Corp. | | | | | Buy | 7/21/11 | J | | |
| 896.  - Nike | | | | | Buy | 11/10/11 | J | | |
| 897.  - Northrop Grumman | | | | | Buy | 4/25/11 | J | | |
| 898.  - Novartis | | | | | Buy | 12/2/11 | J | | |
| 899.  - Occidental Petroleum | | | | | Buy | 4/25/11 | J | | |
| 900.  - Oracle | | | | | Buy | 5/10/11 | J | | |
| 901.  - Oracle | | | | | Sold (part) | 12/16/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 57 of 66

Name of Person Reporting
Newman, Jon O.

Date of Report
6/4/2012

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. - Peabody Energy | | | | | Buy | 5/10/11 | J | | |
| 903. - Peabody Energy | | | | | Sold | 8/23/11 | J | | |
| 904. - Petroleo | | | | | Buy | 5/10/11 | J | | |
| 905. - Petroleo | | | | | Sold (part) | 12/2/11 | J | | |
| 906. - Pfizer | | | | | Buy | 4/25/11 | J | | |
| 907. - Pfizer | | | | | Sold (part) | 10/5/11 | J | | |
| 908. - Phillip Morris | | | | | Buy | 4/25/11 | J | | |
| 909. - Ping AN Ins. | | | | | Buy | 5/10/11 | J | | |
| 910. - Ping AN Ins. | | | | | Sold | 7/12/11 | J | | |
| 911. - PNC Financial | | | | | Buy | 4/25/11 | J | | |
| 912. - Precision Castparts | | | | | Buy | 5/10/11 | J | | |
| 913. - Prudential | | | | | Buy | 7/15/11 | J | | |
| 914. - Prudential | | | | | Sold | 12/2/11 | J | | |
| 915. - Qiagen | | | | | Buy | 12/2/11 | J | | |
| 916. - Qualcomm | | | | | Buy | 5/10/11 | J | | |
| 917. - Qualcomm | | | | | Sold (part) | 8/26/11 | J | | |
| 918. - Randstad | | | | | Buy | 5/10/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

---

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 58 of 66 | Newman, Jon O. | 6/4/2012 |

Newman, Jon O.

6/4/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. - Randstad | | | | | Sold | 11/4/11 | J | | |
| 920. - Red Hat | | | | | Buy | 5/10/11 | J | | |
| 921. - Red Hat | | | | | Sold | 8/2/11 | J | | |
| 922. - Rio Tinto | | | | | Buy | 4/25/11 | J | | |
| 923. - Rio Tinto | | | | | Sold | 12/2/11 | J | | |
| 924. - Roche | | | | | Buy | 12/2/11 | J | | |
| 925. - Royal Dutch | | | | | Buy | 5/10/11 | J | | |
| 926. - Royal Dutch | | | | | Sold | 11/3/11 | J | | |
| 927. - St. Jude Medical | | | | | Buy | 5/10/11 | J | | |
| 928. - St. Jude Medical | | | | | Sold | 9/26/11 | J | | |
| 929. - Saipem | | | | | Buy | 5/10/11 | J | | |
| 930. - Saipem | | | | | Sold | 12/2/11 | J | | |
| 931. - Sands China | | | | | Buy | 5/10/11 | J | | |
| 932. - Sands China | | | | | Sold | 12/2/11 | J | | |
| 933. - SAP | | | | | Buy | 8/15/11 | J | | |
| 934. - SAO | | | | | Buy | 12/2/11 | J | | |
| 935. - Sasol | | | | | Buy | 12/2/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 6/4/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 936. - Schlumberger | | | | | Buy | 5/10/11 | J | | |
| 937. - Schlumberger | | | | | Sold (part) | 9/20/11 | J | | |
| 938. - Schneider Elec. | | | | | Buy | 12/2/11 | J | | |
| 939. - Seadrill | | | | | Buy | 6/6/11 | J | | |
| 940. - Seadrill | | | | | Sold | 12/2/11 | J | A | |
| 941. - Serco | | | | | Buy | 5/10/11 | J | | |
| 942. - Serco | | | | | Sold | 12/2/11 | J | | |
| 943. - Shire | | | | | Buy | 5/10/11 | J | | |
| 944. - Shire | | | | | Sold | 10/20/11 | J | | |
| 945. - SGS | | | | | Buy | 5/10/11 | J | | |
| 946. - SGS | | | | | Sold | 12/2/11 | J | | |
| 947. - Softbank | | | | | Buy | 5/10/11 | J | | |
| 948. - Softbank | | | | | Sold | 12/2/11 | J | | |
| 949. - Sonova | | | | | Buy | 12/2/11 | J | | |
| 950. - Starwood | | | | | Buy | 4/25/11 | J | | |
| 951. - Starwood | | | | | Sold | 8/4/11 | J | | |
| 952. - Suntrust | | | | | Buy | 5/10/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 6/4/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. - Swatch | | | | | Buy | 12/2/11 | J | | |
| 954. - Syngesta | | | | | Buy | 8/26/11 | J | | |
| 955. - Syngesta | | | | | Sold | 12/2/11 | J | | |
| 956. - Taiwan Semiconductors | | | | | Buy | 12/2/11 | J | | |
| 957. - Tesco | | | | | Buy | 12/2/11 | J | | |
| 958. - Transocean | | | | | Buy | 10/25/11 | J | | |
| 959. - Transocean | | | | | Sold | 12/14/11 | J | | |
| 960. - Turkiye | | | | | Buy | 12/2/11 | J | | |
| 961. - Unicharm | | | | | Buy | 12/2/11 | J | | |
| 962. - Unilever NV NY | | | | | Buy | 5/10/11 | J | | |
| 963. - Unilever NV NY | | | | | Sold | 12/2/11 | J | | |
| 964. - Unilever PC | | | | | Buy | 12/2/11 | J | | |
| 965. - United Health Group | | | | | Buy | 4/25/11 | J | | |
| 966. - United Health Group | | | | | Sold (part) | 10/18/11 | J | | |
| 967. - United Parcel | | | | | Buy | 5/10/11 | J | | |
| 968. - United Parcel | | | | | Sold (part) | 12/2/11 | J | | |
| 969. - United Technologies | | | | | Buy | 5/24/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 6/4/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 970. - United Technologies | | | | | Sold (part) | 12/14/11 | J | | |
| 971. - Union Pacific | | | | | Buy | 5/10/11 | J | | |
| 972. - Union Pacific | | | | | Sold (part) | 8/2/11 | J | | |
| 973. - US Bancorp | | | | | Buy | 5/10/11 | J | | |
| 974. - Valero Energy | | | | | Buy | 5/10/11 | J | | |
| 975. - Viacom | | | | | Buy | 5/10/11 | J | | |
| 976. - Viacom | | | | | Sold (part) | 10/5/11 | J | | |
| 977. - Vodafone | | | | | Buy | 9/27/11 | J | | |
| 978. - Vodafone | | | | | Sold | 12/2/11 | J | | |
| 979. - Walmaret de Mexico | | | | | Buy | 12/2/11 | J | | |
| 980. - Wellpoint | | | | | Buy | 5/10/11 | J | | |
| 981. - Wells Fargo | | | | | Buy | 4/25/11 | J | | |
| 982. - William Demant | | | | | Buy | 5/10/11 | J | | |
| 983. - William Demant | | | | | Sold | 12/2/11 | J | | |
| 984. - WPP | | | | | Buy | 11/4/11 | J | | |
| 985. - Xstrata | | | | | Buy | 5/10/11 | J | | |
| 986. - Xstrata | | | | | Sold | 12/2/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 6/4/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 987. - Zimmer Holdings | | | | | Buy | 4/25/11 | J | | |
| 988. - IShares Barclays 7-10 Fund | | | | | Buy | 5/10/11 | K | | |
| 989. - IShares Barclays 7-10 Fund | | | | | Sold (part) | 12/2/11 | J | A | |
| 990. - IShares Treasury Fund | | | | | Buy | 5/10/11 | J | | |
| 991. - IShares Treasury Fund | | | | | Sold (part) | 12/2/11 | J | A | |
| 992. - IShares MSCI EAFE Index Fund | | | | | Buy | 4/25/11 | L | | |
| 993. - IShares MSCI EAFE Index Fund | | | | | Sold (part) | 5/10/11 | L | A | |
| 994. - IShares Russell 1000 Value Fund | | | | | Buy | 4/25/11 | M | | |
| 995. - IShares Russell 1000 Value Fund | | | | | Sold (part) | 5/10/11 | L | A | |
| 996. - IShares Russell 1000 Index Fund | | | | | Buy | 4/25/11 | L | | |
| 997. - IShares Iboxx Fund | | | | | Buy | 4/25/11 | K | | |
| 998. - Vanguard Utilities Fund | | | | | Buy | 4/25/11 | L | | |
| 999. - Invesco mid cap Fund | | | | | Buy | 4/25/11 | L | | |
| 1000. - Invesco AIM Fund | | | | | Buy | 10/24/11 | J | | |
| 1001. - Columbia Marsico Fund | | | | | Buy | 4/25/11 | L | | |
| 1002. - Columbia Marsico Fund | | | | | Sold | 5/10/11 | L | A | |
| 1003. - Eaton Vance Fund | | | | | Buy | 4/25/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 63 of 66

Name of Person Reporting

Newman, Jon O.

Date of Report

6/4/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. - Western Assets Fund | | | | | Buy | 4/25/11 | K | | |
| 1005. - Lord Abbett Bond Fund | | | | | Buy | 4/25/11 | K | | |
| 1006. - Oppenheimer Intl. Fund | | | | | Buy | 4/25/11 | K | | |
| 1007. - Pimco Total Return Fund | | | | | Buy | 4/25/11 | K | | |
| 1008. - Pimco Real Return Fund | | | | | Buy | 4/25/11 | J | | |
| 1009. - Pimco Real Return Fund | | | | | Sold (part) | 5/10/11 | J | A | |
| 1010. | | | | | | | | | |
| 1011. | | | | | | | | | |
| 1012. | | | | | | | | | |
| 1013. | | | | | | | | | |
| 1014. | | | | | | | | | |
| 1015. | | | | | | | | | |
| 1016. | | | | | | | | | |
| 1017. | | | | | | | | | |
| 1018. | | | | | | | | | |
| 1019. | | | | | | | | | |
| 1020. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 6/4/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. | | | | | | | | | |
| 1022. | | | | | | | | | |
| 1023. | | | | | | | | | |
| 1024. | | | | | | | | | |
| 1025. | | | | | | | | | |
| 1026. | | | | | | | | | |
| 1027. | | | | | | | | | |
| 1028. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

| Newman, Jon O. | 6/4/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, lines 1, 7, 54, and 75 are headers.

In Part VII, lines 76 and 78: These interests in real property, formerly listed as ▆▆▆ interests, became full interests upon the death ▆▆▆▆▆▆ In addition, the item on line 78 ▆▆▆▆▆▆▆▆ that was occasionally rented and therefore reportable, but during 2011 (and for several previous years) it was not rented, ▆▆▆▆ and hence is not reportable, and will not be reported in future years.

In Part VII, lines 165, 338, 522, the audit report says Thrift Savings Plan are not reportable, but the entry "Dentsply" on these lines ia a stock.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jon O. Newman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544